UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL CENIDOZA ROSAS,<br><br>   Plaintiff,<br><br>   vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>   Defendant | Case No.: 2:25-cv-00702-AGR<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,150.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: October 2, 2025

*alicia G. Rosenberg*

THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,
2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC
3 |    /s/ *Russell J. Rohlfing*
4 | BY: _____
    Russell J. Rohlfing
5 |     Attorney for plaintiff Ariel Cenidoza Rosas